IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH JENNINGS,

    Plaintiff,               NO.  CIV. S-00-0796-DAD

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

KENNETH JENNINGS,

    Plaintiff,               NO.  CIV. S-05-0306-PAN

    v.                              RELATED CASE ORDER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

    Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule

1

83-123(a). The actions involve the same parties and are based on the same or similar claims. Accordingly, the assignment of the matters to the same magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. S-05-0306-PAN be, and the same hereby is, reassigned to Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassignment case _only_ are vacated. Henceforth, the caption on the document filed in the reassigned case shall be shown as CIV. S-05-0306-DAD.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: April 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.socsec\jennings.related